■ The People of the State of New York, Respondent, v William Smith, Appellant. [707 NYS2d 859] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered November 3, 1997, convicting him of criminal possession of a weapon in the second degree, upon a jury verdict, and manslaughter in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Under the circumstances of this case, the defendant was not entitled to a charge of temporary and lawful possession of a weapon (*see, People v Medina,* 237 AD2d 382).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80). Goldstein, J. P., Florio, Feuerstein and Schmidt, JJ., concur.

■ The People of the State of New York, Respondent, v Michael Terry, Appellant. [706 NYS2d 916] —Appeal by the defendant from two judgments of the County Court, Westchester County (Leavitt, J.), both rendered November 24, 1998, convicting him of burglary in the second degree under Indictment No. 97-00359 and manslaughter in the first degree under Indictment No. 97-01377, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on the appeals. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Ritter, J. P., Sullivan, S. Miller, Luciano and H. Miller, JJ., concur.